AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

Transmeta Corporation,

    Plaintiff,

v.

Intel Corporation,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06 - 633

TO:   Intel Corporation
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE  19801

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            10/11/06
_____       _____
CLERK                 DATE

_[signature]_
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 12, 2006 |
| NAME OF SERVER (PRINT) Aaron Johnston | TITLE (Messenger) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on defendant via The Corporation Trust Company, 1209 Orange Street, Wilmington DE 19801

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/06
            Date              Signature of Server

Address of Server

Morris, Nichols, Arsht & Tunnell
1201 N. Market St.
Wilmington, DE  19801

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure