✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or ____ Trademarks:

| DOCKET NO.<br>06cv633 | DATE FILED<br>10/11/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Transmeta Corporation | | DEFENDANT<br><br>Intel Corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,100,061 B2 | 8/29/06 | Transmeta Corporation |
| 2 | 5,895,503 | 4/20/99 | Richard A. Belgard |
| 3 | 6,226,733 B1 | 5/1/01 | Richard A. Belgard |
| 4 | 6,430,668 B2 | 8/6/02 | Transmeta Corporation |
| 5 | 6,813,699 B1 | 11/2/04 | Transmeta Corporation |
|   | 5,838,986 | 11/17/98 | Seiko Epson Corporation |
|   | 6,044,449 | 3/28/00 | Seiko Epson Corporation |
|   | 5,737,624 | 4/7/98 | Seiko Epson Corporation |
|   | 5,974,526 | 10/26/99 | Seiko Corporation |
|   | 6,289,433 B1 | 9/11/01 | Transmeta Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 10/12/06 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**