IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-633-GMS |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

Transmeta Corporation and Intel Corporation hereby stipulate and agree, subject to the approval of the Court, that the time for Intel Corporation to answer, move, or otherwise respond to the Complaint shall be extended through and including December 15, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jack B. Blumenfeld | /s/ John W. Shaw |
| Jack B. Blumenfeld (No. 1014) | Josy W. Ingersoll (No. 1088) |
| Karen Jacobs Louden (No. 2881) | John W. Shaw (No. 3362) |
| 1201 N. Market Street | The Brandywine Building |
| Wilmington, Delaware 19801 | 1000 West Street, 17th Floor |
| (302) 658-9200 | Wilmington, Delaware 19801 |
| jblumenfeld@mnat.com | (302) 571-6700 |
| Attorneys for Transmeta Corporation | jshaw@ycst.com |
| | Attorneys for Intel Corporation |

SO ORDERED this ____ day of _____ ,2006.

_____
United States District Judge