IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633-GMS |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

Transmeta Corporation and Intel Corporation hereby stipulate and agree, subject

to the approval of the Court, that due to the holiday season and the business travel of some of

Intel's counsel, the time for Intel Corporation to answer, move, or otherwise respond to the First

Amended Complaint shall be extended through and including January 9, 2007.

MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP

/s/ Karen Jacobs Louden (No. 2881)

_____
Jack B. Blumenfeld (No. 1014)
Karen Jacobs Louden (No. 2881)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
klouden@mnat.com
Attorneys for Transmeta Corporation

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

/s/ Karen E. Keller (No. 4489)

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6700
kkeller@ycst.com
Attorneys for Intel Corporation

SO ORDERED this ____ day of _____,200__.


_____
United States District Judge