IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633 (GMS) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the New York office of the law firm of Ropes & Gray LLP, attorneys for plaintiff Transmeta Corporation, has relocated to 1211 Avenue of the Americas, New York, NY 10036. All facsimile and telephone numbers will remain the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for plaintiff Transmeta Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Steven Pepe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA 95054
(408) 919-3000

January 24, 2007

699339.1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

   Josy W. Ingersoll

I also certify that copies were caused to be served on January 24, 2007 upon the following in the manner indicated:

### BY HAND

   Josy W. Ingersoll
   John W. Shaw
   YOUNG CONAWAY STARGATT & TAYLOR, LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   Wilmington, DE  19899

### BY MAIL

   Jared Bobrow
   WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
   Redwood Shores, CA  94065

   */s/ Karen Jacobs Louden (#2881)*
   klouden@mnat.com