IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRANSMETA CORPORATION,          )
                                )
                  Plaintiff,    )
                                )
                                )
          v.                    )          C.A. No.06-633 (GMS)
                                )
INTEL CORPORATION,              )
                                )
                  Defendant.    )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the
Court, that the time for Transmeta Corporation ("Transmeta") to answer, move, or otherwise
respond to the counterclaims of Intel Corporation ("Intel") (D.I. 12) is hereby extended through
and including February 28, 2007.  Transmeta requests this extension to allow it sufficient time to
respond to Intel's eleven counterclaims, which include allegations of infringement of seven Intel
patents.

MORRIS, NICHOLS, ARSHT &              YOUNG, CONAWAY, STARGATT &
  TUNNELL LLP                           TAYLOR LLP

*/s/ Karen Jacobs Louden (#2881)*     */s/ Karen E. Keller (#4489)*
_____      _____
Jack B. Blumenfeld (#1014)            John W. Shaw (#3362)
Karen Jacobs Louden (#2881)           Karen E. Keller (#4489)
klouden@mnat.com                      kkeller@ycst.com
1201 N. Market Street                 The Brandywine Building
P.O. Box 1347                         1000 West Street, 17th Floor
Wilmington, DE  19899                 Wilmington, DE  19801
(302) 658-9200                        (302) 571-6700
Attorneys for plaintiff Transmeta     Attorneys for defendant Intel Corporation
Corporation

           SO ORDERED this _____ day of _____, 2007.

                         _____
                                    J.

702970