IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRANSMETA CORPORATION,           )
                                 )
                 Plaintiff,      )
                                 )
        v.                       )        C.A. No. 06-633 (GMS)
                                 )
INTEL CORPORATION,               )
                                 )
                 Defendant.      )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Gabrielle Higgins of Ropes & Gray LLP, 525 University Avenue, Palo

Alto, CA  94301 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for plaintiff Transmeta Corporation

March 19, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.

Dated: _____        _____
                                               United States District Judge

758004.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the State of

California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court

for any alleged misconduct which occurs in the preparation or course of this action. I also certify

that I am generally familiar with this Court's Local Rules. In accordance with Standing Order

for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been

paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to

the Clerk's Office upon the filing of this motion.


Date: 3/16/07

Gabrielle Higgins
Ropes & Gray LLP
525 University Avenue
Palo Alto, CA  94301

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on March 19, 2007, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*/s/ Karen Jacobs Louden*

_____
Karen Jacobs Louden
klouden@mnat.com