IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633 (GMS) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Transmeta's First Set of Interrogatories to Intel Corporation (Nos. 1-24)* and *Transmeta's First Set of Requests for Production of Documents and Things to Intel Corporation (Nos. 1-125)* were caused to be served on April 4, 2007 upon the counsel of record as indicated below:

**BY HAND**

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
Attorneys for plaintiff Transmeta Corporation

April 4, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on April 4, 2007, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden
klouden@mnat.com