UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION,<br>a Delaware corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTEL CORPORATION,<br>a Delaware corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 06-633-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of (1) Intel Corporation's First Set of Requests for Production of Documents, Electronically Stored Information, and Things By Transmeta Corporation (Nos. 1-212) and (2) Intel Corporation's First Set of Interrogatories to Transmeta Corporation (Nos. 1-20) were caused to be served on April 5, 2007 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Steven Pepe, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Norman H. Beamer, Esquire
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 5, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Steven Pepe, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Norman H. Beamer, Esquire
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Intel Corporation

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
(512) 349-1930

Dated: April 5, 2007