IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | Civil Action No. 06-633-GMS |

## STIPULATION AND ORDER

Transmeta Corporation and Intel Corporation hereby stipulate and agree, subject to the approval of the Court, that the attorneys for the parties shall sign objections to interrogatories, but that party representatives need not sign the answers to the interrogatories pursuant to Fed. R. Civ. P. 33(b)(2), and that each party can use the interrogatory responses of the other party for all purposes as if the answers were signed by a party representative.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>　& TUNNELL LLP<br><br>_/s/ Karen Jacobs Louden_<br>Jack B. Blumenfeld (No. 1014)<br>Karen Jacobs Louden (No. 2881)<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 658-9200<br>klouden@mnat.com<br>Attorneys for Transmeta Corporation | YOUNG CONAWAY STARGATT &<br>　TAYLOR, LLP<br><br>_/s/ Karen E. Keller_<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6700<br>kkeller@ycst.com<br>Attorneys for Intel Corporation |

SO ORDERED this ____ day of _____,2007.

_____
United States District Judge

DB02:5986522.1                                                                                                                                  062992.1004