IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633 (GMS) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (i) *Transmeta Corporation's Responses to Intel Corporation's First Set of Requests for Production of Documents (Nos. 1 – 212)* and (ii) *Transmeta Corporation's Responses to Intel Corporation's First Set of Interrogatories (Nos. 1 – 20)* were caused to be served on May 21, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and FIRST CLASS MAIL**

John W. Shaw, Esquire
YOUNG, CONAWAY, STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL and FIRST CLASS MAIL**

Steven S. Cherensky, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for plaintiff Transmeta Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Steven Pepe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA 95054
(408) 919-3000

May 23, 2007
784503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire

I also certify that copies were caused to be served on May 23, 2007, upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flroor
Wilmington, DE 19801

### BY E-MAIL

Steven S. Cherensky, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

>/s/ Jack B. Blumenfeld (#1014)
>Jack B. Blumenfeld
>jblumenfeld@mnat.com