IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633 (GMS) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *(1) Notice Of Service Of Subpoena (Donald P. Alpert, c/o Weil Gotshal & Manges); (2) Notice Of Service Of Subpoena (Carole Dulong, c/o Weil Gotshal & Manges); (3) Notice Of Service Of Subpoena (Blakely, Sokoloff, Taylor & Zafman)* were caused to be served on June 13, 2007 upon the counsel of record as indicated below:

**BY E-MAIL**

John W. Shaw, Esquire
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL**

Steven S. Cherensky, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
Attorneys for plaintiff Transmeta Corporation

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Steven Pepe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA  94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA  95054
(408) 919-3000

June 14, 2007
784503

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire

I also certify that copies were caused to be served on June 14, 2007, upon the following in the manner indicated:

>**BY E-MAIL AND HAND DELIVERY**
>
>Josy W. Ingersoll
>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Flroor
>Wilmington, DE  19801
>
>**BY E-MAIL**
>
>Steven S. Cherensky
>WEIL, GOTSHAL & MANGES LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA  94065

>*Karen Jacobs Louden*
>Karen Jacobs Louden