IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRANSMETA CORPORATION,               )
                                     )
                Plaintiff,           )
                                     )
        v.                           )     C.A. No. 06-633 (GMS)
                                     )
INTEL CORPORATION,                   )
                                     )
                Defendant.           )

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following:

1)  Sanjiv Garg's Objections and Responses to Intel Corporation's May 1, 2007 Subpoena Issued From the United States District Court for the Northern District of California (San Jose Division);

2)  Kevin Ray Iadonato's Objections and Responses to Intel Corporation's May 1, 2007 Subpoena Issued From the United States District Court for the Northern District of California (San Jose Division);

3)  Derek J. Lentz's Objections and Responses to Intel Corporation's May 1, 2007 Subpoena Issued From the United States District Court for the Northern District of California (San Jose Division);

4)  Le Nguyen's Objections and Responses to Intel Corporation's May 1, 2007 Subpoena Issued From the United States District Court for the Northern District of California (San Jose Division);

5)  Johannes Wang's Objections and Responses to Intel Corporation's May 1, 2007 Subpoena Issued From the United States District Court for the Northern District of California (San Francisco Division);

6)  Transmeta Corporation's Objections to Intel Corporation's May 1, 2007 Subpoena of Fliesler Meyer LLP Issued From the United States District Court for the Northern District of California; and

7)  Transmeta Corporation's Objections to Intel Corporation's May 1, 2007 Subpoenas of Sterne, Kessler, Goldstein, & Fox PLLC, Robert Sokohl, Raymond J. Werner, Edward J. Kessler, Brian Rosenbloom, and Donald J. Featherstone Issued From the United States District Court for the District of Columbia, Thomas C. Fiala Issued From the United States District Court for the District of Oregon, Duane S. Kobayashi Issued From the United States District Court for the Eastern District of Virginia, and Daniel N. Yannuzzi Issued From the United States District Court for the District of Southern California.

were caused to be served on June 14, 2007 upon the counsel of record as indicated below:

**BY E-MAIL**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL and FEDERAL EXPRESS**

Matthew D. Powers, Esquire
Steven S. Cherensky, Esquire
Jessica L. Davis, Esqurie
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff Transmeta Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Steven Pepe
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA 95054
(408) 919-3000

June 14, 2007
784503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire

I also certify that copies were caused to be served on June 14, 2007, upon the following in the manner indicated:

### BY E-MAIL

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flroor
Wilmington, DE  19801

### BY E-MAIL

Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden