IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 06-633-GMS |

**INTEL CORPORATION'S MOTION TO STAY THIS ACTION PENDING REEXAMINATION OF TRANSMETA'S PATENTS-IN-SUIT**

Intel hereby moves to stay this action pending final resolution of the reexaminations of all eleven of Transmeta's patents-in-suit. As set forth in detail in the accompanying brief, a stay is appropriate here because it will simplify and conserve the Court's and the parties' resources, this litigation is in its early stages (with written discovery just commencing and trial not set to begin until December 2008), and Transmeta will not be unduly prejudiced by a stay because, *inter alia*, it claims that it no longer makes any products but rather bases its business model entirely on collecting royalties.

Undersigned counsel hereby certifies pursuant to Local Rule 7.1.1 that the relief sought in this motion was discussed between the parties during the Rule 16 scheduling process and at the Rule 16 scheduling conference, and that the parties are unable to agree to the appropriate relief.

Intel therefore respectfully requests that the Court grant its motion to stay this action pending final resolution of all of the reexaminations of the Transmeta patents-in-suit. Intel would consent to stay its counterclaims (including its claims that Transmeta infringes seven

Intel patents) during the pendency of the reexaminations of Transmeta's patents-in-suit even though Transmeta has not filed any requests to reexamine Intel's patents-in-suit.

Respectfully submitted,

/s/ Karen E. Keller (No. 4489)

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendant Intel Corporation

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
(512) 349-1930

Dated: June 19, 2007

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 19, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on June 19, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Robert C. Morgan, Esquire
> Laurence S. Rogers, Esquire
> Steven Pepe, Esquire
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY  10036
>
> Norman H. Beamer, Esquire
> ROPES & GRAY LLP
> 525 University Avenue
> Palo Alto, CA  94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Intel Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 06-633-GMS |

**[PROPOSED] ORDER GRANTING INTEL CORPORATION'S MOTION TO STAY THIS ACTION PENDING REEXAMINATION OF TRANSMETA'S PATENTS-IN-SUIT**

The Court, having considered the papers submitted in connection with Intel's motion to stay this action pending reexamination of Transmeta's patents-in-suit, arguments of counsel, and the law, and good cause appearing therefore,

IT IS HEREBY ORDERED that Intel's motion to stay this action pending reexamination of Transmeta's patents-in-suit is GRANTED. The stay is hereby in effect until the final resolution of the reexaminations of all eleven of Transmeta's patents-in-suit.

SO ORDERED this _____ day of _____ 2007.

_____
U.S. District Judge