IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | C.A. No.06-633 (GMS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of Transmeta Corporation to file and serve its answering brief in response to Intel's Motion To Stay Pending Reexamination Of Transmeta's Patents-In-Suit (D.I. 37) is hereby extended through and including August 3, 2007. Transmeta seeks the extension to accommodate the professional commitments and vacation schedules of Transmeta and its counsel. Transmeta further agrees not to rely on the additional time provided by the extension as a basis to oppose Intel's motion.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>  *Attorneys for Plaintiff Transmeta*<br>  *Corporation* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>kkeller@ycst.com<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6700<br>  *Attorneys for Defendant Intel*<br>  *Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.C.

902335