UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, a Delaware corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 06-633-GMS |

## NOTICE OF DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Intel Corporation, by its counsel, will take the depositions upon oral examination of the following on the date and time indicated:

| | |
|---|---|
| MicroUnity, Inc. | August 14, 2007, at 9:30 a.m. or a mutually agreed date and time |
| MIPS Technologies | August 21, 2007, at 9:30 a.m. or a mutually agreed date and time |

The depositions will take place at the offices of Ropes & Gray, LLP, 525 University Avenue, Suite 300, Palo Alto, CA 94301-1917. The depositions will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The depositions will continue from day-to-day until completed.

All counsel are invited to attend and cross-examine.

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            */s/ Karen E. Keller*

                            Josy W. Ingersoll (No. 1088)
                            John W. Shaw (No. 3362)
                            Karen E. Keller (No. 4489)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            P.O. Box 391
                            Wilmington, DE 19899-0391
                            (302) 571-6600
                            kkeller@ycst.com

                            Attorneys for Intel Corporation

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
(512) 349-1930

Dated: August 1, 2007

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on August 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Robert C. Morgan, Esquire
> Laurence S. Rogers, Esquire
> Steven Pepe, Esquire
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY 10036

> Norman H. Beamer, Esquire
> ROPES & GRAY LLP
> 525 University Avenue
> Palo Alto, CA 94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Intel Corporation*