IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.06-633 (GMS) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The time of Transmeta Corporation ("Transmeta") to file and serve its answering brief in response to Intel's Motion To Stay Pending Reexamination Of Transmeta's Patents-In-Suit (D.I. 37) is hereby extended through and including August 17, 2007.

2. The time of Intel Corporation to file and serve its reply brief is hereby extended through and including August 27, 2007.

3. Transmeta agrees not to rely on the additional time provided by this or any prior extension as a basis to oppose Intel's motion.

Transmeta seeks the extension due to the emergency surgery of Transmeta's general counsel.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Karen E. Keller* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Karen Jacobs Louden (#2881) | John W. Shaw (#3362) |
| klouden@mnat.com | Karen E. Keller (#4489) |
| 1201 N. Market Street | kkeller@ycst.com |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| *Attorneys for Plaintiff Transmeta Corporation* | (302) 571-6700 |
| | *Attorneys for Defendant Intel Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.C.

902335