# SEALED DOCUMENT

Case 1:06-cv-00633-GMS    Document 62    Filed 08/17/2007    Page 1 of 1

SEALED DOCUMENT