# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-633 (GMS) |
| ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF LE TRONG NGUYEN

I, Le Trong Nguyen, declare as follows:

1. I am the President of Mobile Desktop Solutions, 19925 Stevens Creek Blvd., Cupertino, CA 95014. Unless specifically stated to the contrary, I have personal knowledge of the facts stated in this declaration.

2. I am one of the named inventors of U.S. Patents Nos. 5,493,687; 5,737,624; 5,838,986; 5,974,526; 6,044,449 and 6,289,433, which I understand are involved in the patent litigation identified above.

3. From October 1988 until August 1992, I was contracted by SMOS Systems Inc. of San Jose, California, an affiliate of Seiko Epson Corporation of Tokyo, Japan, to direct a design and development effort called "Project Seabird."

4. Project Seabird was a major microprocessor development effort to develop an X86 compatible processor in competition with Intel Corporation.

5. The above referenced patents arose from the research and development work of Project Seabird.

-2-

6.    The design and development work of Project Seabird resulted in a microprocessor chip that was successfully built and tested. However, Seiko Epson ultimately concluded that it could not effectively compete with Intel, and Project Seabird was phased out in 1992.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2007, at Palo Alto, California.

_____
Le Trong Nguyen

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on August 17, 2007, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE 19801

### BY EMAIL

Steven S. Cherensky
Jessica L. Davis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)