IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRANSMETA CORPORATION,
a Delaware corporation,

     Plaintiff/Counterclaim Defendant,

v.

INTEL CORPORATION,
a Delaware corporation,

     Defendant/Counterclaim Plaintiff.

Civil Action No. 06-633-GMS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 23, 2007, Jessica L. Davis, Esquire of Weil,

Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 caused

copies of Intel Corp.'s Supplemental Responses to Transmeta Interrogatory Nos. 8, 9, 12, 19 and

21-23 to be served on the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Steven Pepe, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Norman H. Beamer, Esquire
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Additionally, the undersigned certifies that this Notice of Service was caused to be served on August 24, 2007, upon the following counsel of record in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Steven Pepe, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036

Norman H. Beamer, Esquire
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA  94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com

*Attorneys for Intel Corporation*

2

3

OF COUNSEL:
Matthew D. Powers
Jared Bobrow
Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
(512) 349-1930

Dated: August 24, 2007

062992.1004