# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 28, 2007

The Honorable Gregory M. Sleet    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Transmeta Corporation v. Intel Corporation*
     C.A. No. 06-633 (GMS)

Dear Chief Judge Sleet:

   Pursuant to D. Del. L.R. 7.1.4, plaintiff Transmeta Corporation seeks oral argument on Intel Corporation's Motion To Stay This Action Pending Reexamination of Transmeta's Patents-In-Suit (D.I. 37).

               Respectfully,

               */s/ Jack B. Blumenfeld*

               Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
   John W. Shaw, Esquire (Via Electronic Mail and Hand Delivery)
   Matthew D. Powers, Esquire (Via Electronic Mail)
   Robert C. Morgan, Esquire (Via Electronic Mail)