IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TRANSMETA CORPORATION,

    Plaintiff/Counterclaim Defendant,

    v.

INTEL CORPORATION,

    Defendant/Counterclaim Plaintiff.

Civil Action No. 06-633-GMS

REDACTED PUBLIC VERSION

## DECLARATION OF D. BRUCE SEWELL

I, D. Bruce Sewell, declare:

1.    I am a Senior Vice President and General Counsel of Intel Corporation. I have personal knowledge of the matters set forth in this declaration and, if called to testify, I could and would competently testify to them.

2.    As General Counsel, I am responsible for legal and government affairs worldwide for Intel. I have held this position since 2004 and have been an attorney in Intel's legal department since 1995.

2

REDACTED PUBLIC VERSION

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on August 27, 2007 at _____ Redwood Shores _____, California.

D. Bruce Sewell

3

REDACTED PUBLIC VERSION

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on August 27, 2007, I caused to be served a true

and correct copy of the foregoing document on the following counsel of record:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

### BY E-MAIL

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Steven Pepe, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Norman H. Beamer, Esquire
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Intel Corporation*

062992.1004

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on August 31, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on August 31, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Robert C. Morgan, Esquire
> Laurence S. Rogers, Esquire
> Steven Pepe, Esquire
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY 10036

> Norman H. Beamer, Esquire
> ROPES & GRAY LLP
> 525 University Avenue
> Palo Alto, CA 94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
jshaw@ycst.com
Monté T. Squire (No. 4764)
msquire@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Intel Corporation*