IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633-GMS |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the Scheduling Order (D.I. 25) entered in this action provides that the parties shall submit a Final Joint Claim Chart on or before October 5, 2007,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The parties shall exchange claim terms for construction by September 14, 2007.

2. The parties shall exchange proposed claim constructions by September 21, 2007.

3. The parties shall meet and confer regarding claim construction issues on or before September 28, 2007.

The parties seek a two-week extension of the meet and confer deadline to allow them additional time to discuss and narrow the disputed issues without affecting the date for the submission of the Final Joint Claim Chart.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Karen Jacobs Louden<br>Jack B. Blumenfeld (No. 1014)<br>Karen Jacobs Louden (No. 2881)<br>1201 N. Market Street<br>Wilmington, Delaware  19801<br>(302) 658-9200<br>klouden@mnat.com<br>*Attorneys for Transmeta Corporation* | /s/ Monté T. Squire<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>(302) 571-6700<br>msquire@ycst.com<br>*Attorneys for Intel Corporation* |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge