IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633 (GMS) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Transmeta Corporation's List of Proposed Terms in Need of Construction* were caused to be served on September 14, 2007 upon the counsel of record as indicated below:

**BY E-MAIL AND HAND**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL**

Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Jessica L. Davis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden (#2881)*
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    Richard J. Bauer (#4828)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    klouden@mnat.com
                    *Attorneys for Plaintiff Transmeta Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Carla E. Sereny
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Norman H. Beamer
Sasha Rao
Gabrielle Higgins
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA 95054
(408) 919-3000

September 14, 2007
1219681

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>John W. Shaw

I also certify that copies were caused to be served on September 14, 2007, upon the following in the manner indicated:

>**BY E-MAIL AND HAND**
>
>Josy W. Ingersoll
>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>**BY E-MAIL**
>
>Steven S. Cherensky
>Jessica Davis
>WEIL, GOTSHAL & MANGES LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA  94065

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)
klouden@mnat.com