IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-633 (GMS) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Transmeta Corporation's Second Supplemental Response To Intel Interrogatory No. 1* were caused to be served on September 20, 2007 upon the counsel of record as indicated below:

### BY E-MAIL

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY E-MAIL AND U.S. MAIL

Steven S. Cherensky
Jessica Davis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Karen Jacobs Louden* |
|  | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Richard J. Bauer (#4828)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>*Attorneys for Plaintiff Transmeta Corporation* |

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Carla E. Sereny
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Norman H. Beamer
Sasha Rao
Gabrielle Higgins
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA 95054
(408) 919-3000

September 21, 2007
1239628

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> John W. Shaw

I also certify that copies were caused to be served on September 21, 2007, upon the following in the manner indicated:

### BY E-MAIL AND HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY E-MAIL

Steven S. Cherensky
Jessica Davis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*/s/ Karen Jacobs Louden*

klouden@mnat.com