IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRANSMETA CORPORATION,
a Delaware corporation,

      Plaintiff/Counterclaim Defendant,

   v.

INTEL CORPORATION,
a Delaware corporation,

      Defendant/Counterclaim Plaintiff.

Civil Action No. 06-633-GMS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 24, 2007, Jessica L. Davis, Esquire of Weil,

Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 caused

copies of Intel Corporation's Supplemental Response to Transmeta Interrogatory No. 6 to be

served on the following counsel of record in the manner indicated below:

      **BY ELECTRONIC MAIL**

      Norman H. Beamer, Esquire
      ROPES & GRAY LLP
      525 University Avenue
      Palo Alto, CA  94301

      Robert C. Morgan, Esquire
      Carla E. Sereny, Esquire
      ROPES & GRAY LLP
      1211 Avenue of the Americas
      New York, NY 10036

      Jack B. Blumenfeld, Esquire
      Karen Jacobs Louden, Esquire
      Morris Nichols Arsht & Tunnell
      1201  N. Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347

Additionally, the undersigned certifies that this Notice of Service was caused to be served on September 25, 2007, upon the following counsel of record in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL**

Robert C. Morgan, Esquire
Laurence S. Rogers, Esquire
Steven Pepe, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036

Norman H. Beamer, Esquire
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA  94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Monté T. Squire*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com

*Attorneys for Intel Corporation*

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
(512) 349-1930

Dated: September 25, 2007