IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-633 (GMS) |
| v. | ) | |
| | ) | |
| INTEL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* for David J. Ball, Esquire and Dion Messer, Esquire, to represent defendant Intel Corporation in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's Office for David J. Ball, Esquire, and Dion Messer, Esquire, upon the filing of this motion.

                                                       YOUNG CONAWAY
                                                       STARGATT & TAYLOR, LLP

                                                       /s/ John W. Shaw
                                                       John W. Shaw (No. 3362)
                                                       The Brandywine Building
                                                       1000 West Street, 17th Floor
                                                       Wilmington, DE 19801
                                                       jshaw@ycst.com
                                                       Attorney for Defendant

Dated: October 1, 2007

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

Dated: _____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Sept 21, 2007

David J. Ball, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8696

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Teas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 21, 2007

Dion Messer
8911 Capital of Texas Highway
Suite 1350
Austin, Texas 78759
512-349-1939

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

I further certify that on October 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Robert C. Morgan, Esquire
>Laurence S. Rogers, Esquire
>Steven Pepe, Esquire
>ROPES & GRAY LLP
>1211 Avenue of the Americas
>New York, NY 10036

>Norman H. Beamer, Esquire
>ROPES & GRAY LLP
>525 University Avenue
>Palo Alto, CA 94301

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Intel Corporation*

DB01:2458198.1                                                064261.1001