IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSMETA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-633-GMS |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>STIPULATION AND PROPOSED ORDER</u>

WHEREAS, the Scheduling Order (D.I. 25) entered in this action provides that the parties shall submit a Final Joint Claim Chart on or before October 5, 2007 (*id.* at ¶ 4); and

WHEREAS, Rule 7.1.3(4) of the Local Rules of this District provides that no opening or answering brief shall exceed 40 pages; and

WHEREAS, there are eleven (11) Transmeta and seven (7) Intel patents at issue in this action, from nine (9) different patent families; and

WHEREAS, at present there are a substantial number of claim terms from those eighteen (18) patents in dispute between the parties; and

WHEREAS, on September 20, 2007, Transmeta asserted two (2) additional claims in dispute; and

WHEREAS, the parties are continuing to attempt to narrow the number of claim terms requiring construction by the Court;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.      The date by which the parties shall submit a Final Joint Claim Chart is extended by three days, to October 10, 2007.

2.     The parties' opening and answering claim construction briefs shall not exceed 60 pages.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Karen Jacobs Louden | /s/ Karen L. Pascale |
| _____ | _____ |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Karen Jacobs Louden (No. 2881) | Karen L. Pascale (No. 2903) |
| 1201 N. Market Street | Karen E. Keller (No. 4489) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street |
| 302.658.9200 | 17th Floor |
| | Wilmington, DE  19801 |
| *Attorneys for Plaintiff,* | 302.571.6600 |
| *Transmeta Corporation* | |
| | *Attorneys for Defendant,* |
| | *Intel Corporation* |

SO ORDERED this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 3, 2007, I caused to be

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Jack B. Blumenfeld [jbbefiling@mnat.com]
> Karen Jacobs Louden [kjlefiling@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200

I further certify that on October 3, 2007, I caused a copy of the foregoing document to be

served on the above-listed counsel and on the following non-registered participants in the

manner indicated:

> ### *By E-Mail and Hand Delivery*
>
> Jack B. Blumenfeld [jblumenfeld@mnat.com]
> Karen Jacobs Louden [klouden@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
>
> ### *By E-Mail*
>
> Robert C. Morgan [robert.morgan@ropesgray.com]
> Laurence S. Rogers [laurence.rogers@ropesgray.com]
> Steven Pepe [steven.pepe@ropesgray.com]
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY 10036
>
> Norman H. Beamer [norman.beamer@ropesgray.com]
> ROPES & GRAY LLP
> 525 University Avenue
> Palo Alto, CA 94301

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*Attorneys for Intel Corporation*

062992.1004