IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　Defendant and Counterclaim Plaintiff. | Civil Action No. 06-633-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2007, copies of:

*Intel Corporation's Second Supplemental Response to Transmeta Interrogatory No. 6*,

were served upon the following counsel of record as indicated below:

### *By E-Mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Karen Jacobs Louden [klouden@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Robert C. Morgan [robert.morgan@ropesgray.com]
Carla E. Sereny [carla.sereny@ropesgray.com]
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Norman H. Beamer [norman.beamer@ropesgray.com]
Gabrielle Higgins [gabrielle.higgins@ropesgray.com]
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Additionally, the undersigned hereby certifies that on October 5, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record in the manner indicated above.

October 5, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
Telephone: 302-571-6600

*Attorneys for Defendant and Counterclaim Plaintiff, Intel Corporation*

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
Steven S. Cherensky
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
(512) 349-1930