IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 06-633 (GMS) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of 1) Transmeta's Fourth Set of Interrogatories to Intel Corporation (No. 28); and 2) Transmeta's Third Set of Requests for Production of Documents and Things to Intel Corporation (Nos. 127-148) were caused to be served on October 12, 2007 upon the counsel of record as indicated below:

**BY E-MAIL AND HAND**

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL**

Steven S. Cherensky
Jessica Davis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Karen Jacobs Louden (#2881)*
                                      Jack B. Blumenfeld (#1014)
                                      Karen Jacobs Louden (#2881)
                                      Richard J. Bauer (#4828)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      (302) 658-9200
                                      klouden@mnat.com
                                      *Attorneys for Plaintiff Transmeta Corporation*

OF COUNSEL:

Robert C. Morgan
Laurence S. Rogers
Carla E. Sereny
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

Norman H. Beamer
Sasha Rao
Gabrielle Higgins
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
(650) 617-4000

John O'Hara Horsley
TRANSMETA CORPORATION
3990 Freedom Circle
Santa Clara, CA 95054
(408) 919-3000


October 12, 2007
1265459

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>John W. Shaw

I also certify that copies were caused to be served on October 12, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND**

>Josy W. Ingersoll
>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

**BY E-MAIL**

>Steven S. Cherensky
>Jessica Davis
>WEIL, GOTSHAL & MANGES LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA  94065

*/s/ Karen Jacobs Louden (#2881)*
klouden@mnat.com