# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

October 25, 2007

The Honorable Gregory M. Sleet                                    *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE  19801

        Re:    *Transmeta Corporation v. Intel Corporation*
               C.A. No. 06-633 (GMS)

Dear Chief Judge Sleet:

        We write to advise Your Honor that the parties have reached a binding agreement to settle this action and to file a stipulation of dismissal with prejudice no later than by early next year (in the intervening time period, the parties will complete drafting a definitive settlement, license and technology transfer agreement). Accordingly, there is no reason for the Court to address Intel's pending motion to stay. The parties also request that all dates in the Scheduling Order be taken off calendar, including the *Markman* hearing set for December 18, 2007. Counsel are available to discuss any questions Your Honor may have.

                                                   Respectfully,

                                                   */s/ Jack B. Blumenfeld*

                                                   Jack B. Blumenfeld (#1014)

JBB/dlb
cc:    Clerk of Court (Via Hand Delivery)
        John W. Shaw, Esquire (Via Electronic Mail and Hand Delivery)