IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSMETA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-633 (GMS) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to a Settlement, Release and License Agreement entered into as of December 31, 2007, IT IS HEREBY STIPULATED by the parties, pursuant to Fed. R. Civ. P. 41(a)(1), that:

(1) This action, including all claims and counterclaims, is dismissed with prejudice; and

(2) Each party shall bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    YOUNG, CONAWAY, STARGATT & TAYLOR LLP

*/s/ Jack B. Blumenfeld (#1014)*    */s/ John W. Shaw (#3362)*

Jack B. Blumenfeld (#1014)    John W. Shaw (#3362)
Karen Jacobs Louden (#2881)    Karen E. Keller (#4489)
Richard J. Bauer (#4828)    The Brandywine Building
1201 N. Market Street    1000 West Street, 17th Floor
P.O. Box 1347    Wilmington, DE 19801
Wilmington, DE 19899    (302) 571-6700
(302) 658-9200    jshaw@ycst.com
jblumenfeld@mnat.com    kkeller@ycst.com
klouden@mnat.com
rbauer@mnat.com    *Attorneys for Defendant Intel Corporation*

*Attorneys for Plaintiff Transmeta Corporation*

Dated: January 31, 2008
1446230